## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BAYVIEW LOAN SERVICING LLC,  : No. 383 EAL 2016
                             :
                  Respondent :
                             : Petition for Allowance of Appeal from
                             : the Order of the Superior Court
              v.             :
                             :
                             :
RODGER LINDSAY,              :
                             :
                  Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is

**GRANTED** with respect to the issue raised, and as presented, by the Petitioner:

   Whether the Superior Court erred in determining that a homeowner was
   not the prevailing party because a residential mortgage foreclosure action
   does not "arise under Act 6" where the homeowner raised defenses to a
   mortgage foreclosure under Act 6 and the lender then discontinued the
   mortgage foreclosure action?